JS - 6
cc: Fiscal Section

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE INTERNATIONAL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; and HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,<br><br>    Defendants. | Case No. EDCV 06-1244-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Court's Conclusions of Fact and Law filed herewith, IT IS ORDERED AND ADJUDGED that the Court enters judgment in favor of Plaintiff Thane International, Inc. against Defendants Hartford Fire Insurance Company and Hartford Casualty Insurance Company, in the amount of $599,126.32, plus prejudgment interest in the amount of $372,173.50, plus fees and costs as taxed by the Clerk.

The Court orders that such judgment be entered.

Dated: March 10, 2009

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge